No. 30. THE CHICAGO & ALTON RAILROAD COMPANY, APPELLANT, *v.* THE UNITED STATES; and

No. 58. THE YAZOO & MISSISSIPPI VALLEY RAILROAD COMPANY, APPELLANT, *v.* THE UNITED STATES. Appeals from the Court of Claims. Argued April 9 and 12, 1915. Restored to docket for reargument June 1, 1915. Re-

argued December 14 and 15, 1916. Decided January 15, 1917. *Per Curiam.* Judgments affirmed by an equally divided court. *Mr. Benjamin Carter, Mr. Jacob M. Dickinson, Mr. Alexander Britton, Mr. John G. Johnson, Mr. R. Walton Moore* and *Mr. John S. Barbour* for the appellant in No. 30. *Mr. R. Walton Moore, Mr. John S. Barbour, Mr. Alexander Britton, Mr. Evans Browne, Mr. F. W. Clements* and *Mr. F. D. McKenney* for the appellant in No. 58. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Thompson* for the appellee. *Mr. R. S. Knapp, Mr. F. Carter Pope, Mr. L. T. Michener* and *Mr. H. M. Friend* filed briefs as *amici curiæ*.